UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE WOOTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1851 JCH |
| | ) | |
| MONUMENTAL LIFE | ) | |
| INSURANCE CO., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon its review of the record. On November 7, 2005, Defendant filed a Motion to Dismiss Count III. (Doc. No. 14). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Tuesday, January 17, 2006**, within which to respond to Defendant's motion (Doc. No. 14). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 30th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE